**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ALLIED HOME MORTGAGE CAPITAL ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | |
| PETER BELLI, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| DIAMOND FUNDING CORPORATION, ) | |
| ) | |
| Trustee Process ) | |
| Defendant. ) | |
| ) | |

## **ACTION ON JUDGMENT**

The Plaintiff, Allied Home Mortgage Capital (the "Plaintiff" or "Allied") seeks to

enforce the terms and conditions of a Judgment issued by this Court on March 8, 2011, against

Peter Belli (the "Judgment Debtor"). In connection with its claim, Allied seeks an attachment by

trustee process to any wages and funds, including any ownership and/or benefit interest of

Judgment Debtor Peter Belli, presently in the possession of Defendant Diamond Funding

Corporation. Allied further seeks to restrain and enjoin the Judgment Debtor and Diamond

Funding, their trustees, beneficiaries, agents, nominees, representatives, servants, employees,

attorneys, and all other people in concert or participation with them, from assigning, alienating,

selling, transferring, encumbering, liquidating, concealing or in any other manner disposing of,

diminishing, or dissipating the value of the wages, pension, beneficial, equitable, and/or

ownership interests of Judgment Debtor Peter M. Belli in the possession of Defendant Diamond

Funding up to and including $2,405,785.69 plus interest.

## PARTIES

1.      Plaintiff Allied Home Mortgage Capital Corporation ("Allied") is a Texas corporation

with principal place of business at 6110 Pinemont Drive, Ste. 215, Houston, TX 77092.

2.      Judgment Debtor Peter M. Belli is an individual residing at 23D Country Club Lane,

Milford, MA 01757.

3.      The Trustee Process Defendant, Diamond Funding Corporation ("Diamond Funding"), is

registered as a foreign corporation with a principal place of business at 189 Main Street, Milford,

MA 01757.

4.      Mr. Belli is employed by Diamond Funding as its Chief Executive Officer. On

information and belief, Mr. Belli has a beneficial, equitable, and/or ownership interest in the

assets of Diamond Funding.

## FACTS COMMON TO ALL COUNTS

5.      From on or about August 27, 2007 to March 10, 2011, Plaintiff Allied and Judgment

Debtor Belli have were parties to civil litigation in the U.S. District Court, District of

2

Massachusetts, in the matter of *Allied Home Mortgage Capital Corporation v. Peter Belli and Regency Service Company, Inc.*, *Civil Action No.* 07-11597-NG.[1]

6.      On March 8, 2011, this Court issued a Final Judgment in the matter of *Allied Home Mortgage Capital Corporation v. Peter Belli and Regency Service Company, Inc.*, *Civil Action No.* 07-11597, Doc. 324, in favor of the plaintiff and against Judgment Debtor for a total amount of 2,394,857.20, with interest at the rate of 12% per annum, and costs of $10,928.49.

7.      On December 9, 2011, this Court issued a Writ of Execution to enforce the judgment on the unpaid sums owed to Allied by Judgment Debtor.  On December 14, 2011, Deputy Sheriff Joseph Coggans made demand upon Diamond Funding, but the debtor refused to comply with the Writ and it was returned in no part satisfied.

8.      Judgment Debtor filed a response to the Writ of Execution on December 23, 2011, in which he alleges the IRS has a lien on his assets with priority over Allied's rights.

9.      On August 12, 2008, the Internal Revenue Service issued a Notice of Levy upon Judgment Debtor for the amount of $505,430.27.  However, on March 18, 2011, the IRS notified Judgment Debtor that the case against him is temporarily closed, effectively suspending the Notice of Levy.

10.     On information and belief, the IRS has not filed suit or reduced its tax claim against Judgment Debtor to judgment.

---

[1] Although a Final Judgment in this matter was issued on March 8, 2011, by Judge Gertner in the U.S. District Court, District of Massachusetts, Belli has unnecessarily prolonged this action by filing a frivolous appeal with the First Circuit Court of Appeals.  This appeal is pending.

11.    On information and belief, the IRS has taken no affirmative steps to reopen its collection case against Belli.

12.    Allied, by way of its valid and perfected creditor judgment against Belli, has priority over the IRS.

13.    Belli has not made any payment to Allied of the funds he owes as a result of this Court's valid and enforceable judgment.

## COUNT I

### (Enforcement of Judgment)

14.    Plaintiff restates and realleges the allegations contained in paragraphs 1-13 above as if fully set forth herein.

15.    Diamond Funding is in possession of property of the Judgment Debtor, specifically wages and his ownership and/or benefit interest in the assets of Diamond Funding.

16.    Judgment Debtor has demonstrated by his repeated tactics of delay and deception that he is unwilling to comply with the March 8, 2011 Judgment.  Absent further court action, Judgment Debtor will continue to defy his obligations to Allied and this Court.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff respectfully demands as follows:

17.     That the Court approve Allied's *Ex Parte* Motion for a Temporary Restraining Order and Trustee Process Attachment against Judgment Debtor and Diamond Funding to enforce this Court's judgment against the Judgment Debtor;

18.     That Judgment Debtor and Diamond Funding, their co-trustees, beneficiaries, agents, nominees, representatives, servants, employees, attorneys, and all people in active concert or participation with them, be restrained and enjoined from assigning, alienating, selling, transferring, encumbering, concealing or in any other manner, disposing of, diminishing, or dissipating the value of the beneficial, equitable, and/or ownership interests of the Judgment Debtor, in the Trustee Defendant Diamond Funding;

19.     That the Court grant such other and further relief as it may deem just and proper.

ALLIED HOME MORTGAGE CAPITAL
CORPORATION
By its attorney,

Diane M. Saunders (BBO#562872)
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
One Boston Place, Suite 3220
Boston, MA 02108-4403
Telephone: 617-994-5700
Facsimile: 617-994-5701

DATED: January 30, 2012

11609307.1 (OGLETREE)

5